UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAD LOUIS HALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | CASE NO. 3:24-cv-05365-JNW<br>SECOND ORDER CONTINUING CASE SCHEDULE |

Based on Plaintiff's Motion for Extension of Time, and given that Defendant has no opposition, the Court ORDERS that the amended schedule in this matter, Dkt. No. 9, is FURTHER AMENDED as follows:

- Plaintiff's deadline to file the opening brief is November 14, 2024.
- Defendant's deadline to file its response is December 12, 2024.
- Plaintiff's deadline to file a reply, if any, is December 26, 2024.

As this is Plaintiff's second motion to continue the same deadline, the Court will not entertain further continuance requests from Plaintiff, absent truly exigent circumstances.

SECOND ORDER CONTINUING CASE SCHEDULE - 1

Dated this 3rd day of October, 2024.

                                                    *[signature]*

Jamal N. Whitehead
United States District Judge

SECOND ORDER CONTINUING CASE SCHEDULE - 2