UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHAD LOUIS HALL,<br><br>                 Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                 Defendant. | CASE NO. 3:24-cv-05365-JNW<br>THIRD ORDER CONTINUING CASE SCHEDULE |

This is Plaintiff's third request for a continuance based on his attorney's workload management. In its last order, the Court warned that it would not entertain further continuance requests from Plaintiff absent truly exigent circumstances. Plaintiff fails to show circumstances that justify this latest request, but because the motion is unopposed, the Court will allow one more extension. Plaintiff should not expect another continuance.

Accordingly, the Court ORDERS that the schedule in this matter is FURTHER AMENDED as follows:

- Plaintiff's deadline to file the opening brief is December 30, 2024.

THIRD ORDER CONTINUING CASE SCHEDULE - 1

- Defendant's deadline to respond is January 29, 2025.

- Plaintiff's deadline to file a reply, if any, is February 12, 2025.

Dated this 18th day of November, 2024.

Jamal N. Whitehead
United States District Judge

THIRD ORDER CONTINUING CASE SCHEDULE - 2